Dismissed and Memorandum Opinion filed April 23, 2009








Dismissed
and Memorandum Opinion filed April 23, 2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00256-CV

____________

 

SEVEN UTILITY MANAGEMENT CONTRACTORS, LTD. and

J. ANDREW ASSOCIATES, INCORPORATED, Appellants

 

V.

 

MICHAEL LEVY, Appellee

 



 

On Appeal from the
55th District Court

Harris County,
Texas

Trial Court Cause
No. 2007-40773

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed February 20, 2009.  On April 8, 2009,
appellants filed a motion to dismiss the appeal because the case has settled.  See
Tex. R. App. P. 42.1.  The motion
is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Chief Justice Hedges and Justices
Yates and Frost.